FILED

NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

NOV 29 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>EDUARDO PANO CANO, a.k.a. Eduardo Cano Pano,<br><br>Defendant - Appellant. | No. 11-10025<br><br>D.C. No. 1:02-cr-05050-AWI<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Eastern District of California
Anthony W. Ishii, Chief Judge, Presiding

Submitted November 21, 2011[**]

Before:     TASHIMA, BERZON, and TALLMAN, Circuit Judges.

Eduardo Pano Cano appeals from the 188-month sentence imposed following his guilty-plea conviction for conspiracy to manufacture and distribute methamphetamine, and aiding and abetting in violation of 21 U.S.C. §§ 841(a)(1)

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

and 846, and 18 U.S.C. § 2. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Cano contends that the district court erred in denying him a minor role adjustment under U.S.S.G. § 3B1.2. The district court considered Cano's argument that he was substantially less culpable than his co-defendants, and rejected it. In light of Cano's efforts to further the conspiracy, the district court did not commit error by concluding that he did not meet his burden to prove that he was entitled to a minor role adjustment. *See United States v. Rosas*, 615 F.3d 1058, 1067-68 (9th Cir. 2010).

**AFFIRMED.**